UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
Raizel Meisels, individually and on behalf of all others similarly situated,

                            Plaintiff,

    -v.-

Credit Control, LLC d/b/a
Control & Collections, LLC,

                            Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:23-cv-1835

**NOTICE OF SETTLEMENT**

    Notice is hereby given that the Parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 21st day of March, 2023

                            */s/Robert Thomas Yusko*
                            Robert Thomas Yusko
                            **Stein Saks, PLLC**
                            One University Plaza
                            Hackensack, NJ 07601
                            Phone: 201-282-6500
                            ryusko@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 21, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Robert Thomas Yusko*
Robert Thomas Yusko